# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ORLANDO BLUE FOLLET,<br><br>　　　　　　　Defendant. | CR-17-50-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 19, 2024. (Doc. 34.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 17, 2024. (Doc. 33.) The United States accused Orlando Blue Follet (Follet) of violating his conditions of supervised release by: (1) failing to report on August 13, 2024 to the probation office to complete his post-conviction sign-up as instructed on August 9, 2024 and August 12, 2024; (2) being in the company of a child under the age of

18 without prior written approval of the probation office on August 13, 2024; (3) using methamphetamine on August 11, 2024; (4) consuming alcohol on August 13, 2024; (5) consuming alcohol again on August 13, 2024, following a urinalysis earlier that day that had tested positive for alcohol; and (6) using marijuana on August 13, 2024  (Doc. 24.)

At the revocation hearing, admitted Follet admitted that he had violated the terms of his supervised release (1) failing to report on August 13, 2024 to the probation office to complete his post-conviction sign-up as instructed on August 9, 2024 and August 12, 2024; (2) being in the company of a child under the age of 18 without prior written approval of the probation office on August 13, 2024; (3) using methamphetamine on August 11, 2024; (4) consuming alcohol on August 13, 2024; and (6) using marijuana on August 13, 2024. The Government moved to dismiss allegation (5), which the Court granted.  (Doc. 27.)

Judge Johnston found that the violations Follet admitted prove serious and warrants revocation of his supervised release and recommends a custodial sentence TIME SERVED, followed by 56 months of supervised release. During the term of Follet's supervised release, he shall be placed at a residential reentry center for up to 180 days at the direction of his probation officer.  (Doc. 34.) Follet was advised of his rights to appeal and allocute to the undersigned and waived those rights.  (Doc. 33.)

The violations prove serious and warrants revocation of Follet's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 34.) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Orlando Blue Follet be sentenced to a sentence of TIME SERVED, followed by 56 months of supervised release. During the term of Follet's supervised release, he shall be placed at a residential reentry center for up to 180 days at the direction of his probation officer.

DATED this 23rd day of December, 2024.

_____
Brian Morris, Chief District Judge
United States District Court